**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 0 4 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-00284-ZLW

STEVE APODACA,

      Plaintiff,

v.

BILL CLASPELL, Investigator for the Inspector General's Office, CDOC, and
DR. PEGGY STEELE, CSP/CCF Mental Health Therapist, CDOC,

      Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

      This matter is before the Court on the motion titled "Motion Requesting Clarification of Order of Dismissal Filed on March 23, 2009, by Honorable Zita L. Weinsheink, Senior Judge" that Plaintiff, Steve Apodaca, submitted to and filed with the Court on April 30, 2009. The motion is GRANTED. This action was dismissed without prejudice on March 23, 2009, for Mr. Apodaca's failure within the time allowed to pay the initial partial filing fee of $12.00 or to show cause as directed why he has no assets and no means by which to pay the designated initial partial filing fee. Judgment was entered on the same day. This case is closed. However, because this case was dismissed without prejudice, Mr. Apodaca may initiate a separate lawsuit if he wishes to pursue his claims.

Dated:  May 4, 2009

---

A Copy of this Minute Order mailed on May 4, 2009, to the following:

Steve Apodaca
Prisoner No.  50798
Centennial Corr. Facility
P.O. Box 600 - Unit A-2-12
Cañon City, CO 81215-0600

              Secretary/Deputy Clerk